1  Jamerson C. Allen (SBN 122745)
   Cara Ching-Senaha (SBN 209467)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California  94105
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   Email: allenj@jacksonlewis.com
5  Email: ching-senahac@jacksonlewis.com

6  Attorneys for Defendant
   HILTON WORLDWIDE, INC. DBA
7  DOUBLETREE HOTEL - SAN FRANCISCO
   AIRPORT

8

                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10

11  GWENDOLYN GAVIN, an individual,          Case No.   CV 12   0307

12                  Plaintiff,
                                            (San Mateo Superior Court Case
13         v.                               No. CIV 510537)

14  HILTON WORLDWIDE, INC. DBA              **DEFENDANT HILTON WORLDWIDE,**
    DOUBLETREE SAN FRANCISCO AIRPORT        **INC.'S CERTIFICATION OF**
15  BY HILTON, AND DOES 1 THROUGH 15,       **INTERESTED ENTITIES OR**
    INCLUSIVE,                              **PERSONS**
16
                  Defendants.              **[Northern District Local Rule 3-16]**
17

18

19        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

20  named party HILTON WORLDWIDE, INC. DBA   DOUBLETREE HOTEL - SAN

21  FRANCISCO AIRPORT (erroneously sued as Hilton Worldwide, Inc. dba Doubletree San

22  Francisco Airport by Hilton) (hereinafter "Defendant"), that the following listed persons,

23  associations of persons, firms, partnerships, corporations (including parent corporations) or other entities

24  (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have

25  a non-financial interest in that subject matter or in a party that could be substantially affected by the

26  outcome of this proceeding:

27        Defendant has tendered Plaintiff's complaint to its employment practices liability

28  insurance carrier, Zurich American Insurance Co.  The insurance carrier has not yet accepted or

                                            1
   HILTON WORLDWIDE, INC.'S CERTIFICATION        CASE NO.
   OF INTERESTED ENTITIES OR PERSONS

1    rejected the tender.  Therefore, Zurich American Insurance Co. may or may not have an interest

2    in this litigation within the meaning of Local Rule 3-16.

3

4    Dated: January 19, 2012                    RESPECTFULLY SUBMITTED,

5                                                JACKSON LEWIS LLP

6

7                                      By: _____

8                                           Jamerson C. Allen
                                            Cara Ching-Senaha
9                                           Attorneys for Defendant
                                            HILTON WORLDWIDE, INC. DBA
10                                          DOUBLETREE HOTEL - SAN FRANCISCO
                                            AIRPORT
11

12

13

14   4823-6708-8654, v. 1

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2
     HILTON WORLDWIDE, INC.'S CERTIFICATION        CASE NO. _____
     OF INTERESTED ENTITIES OR PERSONS