1  Jamerson C. Allen (SBN 122745)
   Cara Ching-Senaha (SBN 209467)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California  94105
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   Email: allenj@jacksonlewis.com
5  Email: ching-senahac@jacksonlewis.com

6  Attorneys for Defendant
   HILTON WORLDWIDE, INC. DBA
7  DOUBLETREE HOTEL - SAN FRANCISCO
   AIRPORT

8
                 UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10

11  GWENDOLYN GAVIN, an individual,          Case No. 3:12-cv-00307-JSC

12          Plaintiff,                       **CORRECTED CERTIFICATE OF
                                             SERVICE**
13      v.

14  HILTON WORLDWIDE, INC. DBA
    DOUBLETREE SAN FRANCISCO AIRPORT
15  BY HILTON, AND DOES 1 THROUGH 15,
    INCLUSIVE,
16
            Defendants.
17

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                              1

1

**CORRECTED CERTIFICATE OF SERVICE**

2

       I, Cheryl Cleary, declare that I am employed with the law firm of Jackson Lewis

3

LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am

4

over the age of eighteen (18) years and am not a party to this action.

5

       On January 20, 2012, I served true and correct copies of the following

6

document(s):

7

       **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**;

8

       **CIVIL COVER SHEET**;

9

10

       **DEFENDANT HILTON WORLDWIDE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**;

11

       **WELCOME TO THE U.S. DISTRICT COURT SAN FRANCISCO**;

12

       **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**;

13

14

       **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**;

15

16

       **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**;

17

       **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**;

18

19

       **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**;

20

       **CIVIL STANDING ORDER FOR MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**; *and*

21

22

       **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF CASE MANAGEMENT STATEMENT**

23

24

in this action  as follows:

25

*///*

26

*///*

27

*///*

28

*///*

2

1

2
Kevin Woodall
WOODALL LAW OFFICES
580 California Street, 16th Floor
San Francisco, California 94104
Main (415) 439-4803
Fax (866) 937-4109
kevin@kwoodalllaw.com

3

4

5

*Attorney for Plaintiff*

6
[✓]   **BY MAIL**:  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid, in San Francisco, California.

7

8

9

10
            I declare that I am employed in the office of a member of the bar of this Court at

11
whose direction the service was made.

12
            Executed on January 20, 2012 at San Francisco, California.

13

14
                              _____s/_____
                              Cheryl Cleary

15

16
4850-9640-2190, v.  1

17

18

19

20

21

22

23

24

25

26

27

28

                                        3
Corrected Certificate of Service                           Case No. 3:12-cv-00307-JSC