United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HUNTER,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants. | Case No. 11-4911 JSC<br><br>**ORDER RE: DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (Dkt. No. 31)** |

Now pending before the Court is Defendants' Motion for Partial Summary Judgment. (Dkt. No. 31.) The motion is set for hearing on February 28, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, California. Both parties have submitted portions of the deposition transcript of former Sheriff Michael Hennessey with their supplemental opposition and reply briefs, respectively. It would be helpful to the Court to review the transcript in its entirety. Accordingly, Plaintiff shall submit a complete copy of the transcript of the Hennessey deposition on or before Monday, February 25, 2013.

**IT IS SO ORDERED.**

Dated: February 22, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE