Kevin Woodall (SBN 180650)
Woodall Law Offices
580 California Street, 16th Floor
San Francisco, California 94104
Telephone:    (415) 439-4803
Direct:         (415) 413-4629
Facsimile:    (866) 937-4109
Email: kevin@kwoodalllaw.com

Attorney for Plaintiff
GWENDOLYN GAVIN

Cara Ching-Senaha (SBN 209467)
Mia N. Tucker (SBN 268389)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:    (415) 394-9400
Facsimile:    (415) 394-9401
Email: ching-senahac@jacksonlewis.com
Email: mia.tucker@jacksonlewis.com

Attorneys for Defendant
HILTON WORLDWIDE, INC. DBA
DOUBLETREE HOTEL - SAN FRANCISCO
AIRPORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN GAVIN, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>HILTON WORLDWIDE, INC. DBA DOUBLETREE SAN FRANCISCO AIRPORT BY HILTON, AND DOES 1 THROUGH 15, INCLUSIVE,<br><br>            Defendants. | Case No. C-12-0307 CRB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:    12/19/2011<br>Trial Date:            None Set |

Plaintiff Gwendolyn Gavin and Defendant Hilton Worldwide, Inc. dba Doubletree Hotel - San Francisco, through their attorneys of record ("Parties"), hereby jointly stipulate to the following:

  1. The Parties have agreed to participate in confidential mediation before a mutually-

1

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CMC          Case No. C-12-0307 CRB

agreeable mediator. Plaintiff's counsel is unavailable in the month of July for any purpose. In addition, the agreed-upon mediator has no available dates until early September 2013. The Parties have a scheduled mediation on September 5, 2013; and

2. If informal resolution is reached, then a case management conference will be unnecessary.

Therefore, for these reasons, the Parties jointly stipulate and request the Court continue the Case Management Conference currently scheduled for Friday, August 23, 2013, and the attendant date for submission of a Joint Statement, for at least thirty (30) days or as soon thereafter as the Court is next available, as follows:

Counsel for the Parties are available to attend a case management conference on Friday, September 27, 2013, or as soon thereafter as the Court is next available. Counsel for the Parties agree that if informal resolution is not reached, then they will submit their joint statement to the court on or before Friday, September 20, 2013.

IT IS SO STIPULATED.

Dated: May 23, 2013              WOODALL LAW OFFICES


                                 By:    */s/ Kevin Woodall*
                                        Kevin Woodall
                                        Attorneys for Plaintiff
                                        GWENDOLYN GAVIN


Dated: May 23, 2013              JACKSON LEWIS LLP


                                 By:    */s/ Cara Ching-Senaha*
                                        Cara Ching-Senaha
                                        Mia Tucker
                                        Attorneys for Defendant
                                        HILTON WORLDWIDE, INC., dba
                                        DOUBLETREE HOTEL – SAN
                                        FRANCISCO AIRPORT

**ORDER**

The terms of the Stipulation herein above are hereby approved and adopted.

The Case Management Conference currently scheduled for August 23, 2013, is hereby continued to October 4, 2013 at 8:30 a.m. The Parties shall file with the Court a Joint Statement seven (7) calendar days prior. IT IS SO ORDERED.

 June 3 , 2013

_____
District Court Judge Charles R. Breyer



4816-6765-4676, v. 3