UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GWENDOLYN GAVIN,<br>   Plaintiff,<br>v.<br>HILTON WORLDWIDE, INC., et al.,<br>   Defendants. | Case No.  12-cv-00307-CRB (NJV)<br><br>**ORDER TO MEET AND CONFER** |

Defendants have filed a motion to compel the continued independent medical examination of Plaintiff Gavin.  Doc. No. 94.  Plaintiff has filed a motion for protective order to prevent such further examination.  Doc. No. 98.  Although the parties have met and conferred, the court believes that further efforts would be productive.  The court accordingly orders the parties to meet and confer regarding these motions no later than May 6, 2014.  The court reminds the parties that it has already addressed most of the substantive issues they are now attempting to revisit.  *See* Doc. No. 60.  The parties shall inform the court no later than May 7, 2014 if they have been unable to resolve their issues.  If a hearing is still required, the parties shall be prepared to address the following:

   (1) How Plaintiff "invalidated" her test results; when Defendants learned that Plaintiff "invalidated" her test results; and how the "invalidation" affects the IME results.

   (2) Why Defendants need more than four hours to complete a further IME.

**IT IS SO ORDERED**.

Dated: May 2, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge