**WOODALL LAW OFFICES**
580 CALIFORNIA STREET, 16TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 439-4803
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

**DOUGLAS LAW OFFICES**
580 CALIFORNIA STREET, 12TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 635-3640
FACSIMILE: (415) 635-3641
JDOUGLAS@DOUGLASLEGAL.COM

JOHN H. DOUGLAS, BAR NO. 178966

**BARNES LAW OFFICES**
580 CALIFORNIA STREET, 16TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 231-6110
FACSIMILE: (866) 415-0801
PAGE@PBARNESLAW.COM

PAGE R. BARNES, BAR NO. 154539

ATTORNEYS FOR PLAINTIFF, GWENDOLYN GAVIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN GAVIN, AN INDIVIDUAL, <br><br> PLAINTIFF, <br><br> v. <br><br> HILTON WORLDWIDE, INC. DBA DOUBLETREE SAN FRANCISCO AIRPORT BY HILTON, AND DOES 1 THROUGH 15, INCLUSIVE, <br><br> DEFENDANTS. | CASE NO. C 12-00307 CRB <br><br> **NOTICE AND STIPULATION OF CONDITIONAL SETTLEMENT; REQUEST FOR ENTRY OF ORDER** |

1     PLEASE TAKE NOTICE THAT Plaintiff Gwendolyn Gavin ("Gavin") and
2 Defendants Hilton Worldwide Inc. dba Doubletree San Francisco Airport by Hilton and
3 Hilton Worldwide Inc. dba Doubletree Hotel – San Francisco Airport (collectively
4 "Hilton") by and through their attorneys of record have reached a conditional settlement
5 of the above entitled action, pending execution of a written confidential settlement
6 agreement.  Pursuant to the conditional settlement, the parties hereby stipulate and agree
7 as follows:
8     1)    All hearings on motions pending in this action shall be taken off calendar.
9 If the parties are unable to reach an agreement on the written confidential settlement
10 agreement, then the motions may be reset by amended notice.  To the extent that any
11 briefs and supporting papers have been filed, those papers need not be refiled.
12     2)    The parties agree to an immediate stay of all discovery.  Discovery may
13 only be resumed on 15 days written notice.
14     3)    Trial of this matter, currently scheduled for July 14, 2014, and all related
15 dates, shall be continued for 60 days or until such time as the Court orders.
16     4)    The mandatory settlement conference scheduled for June 25, 2014 shall
17 also be stayed for 60 days or until such time as the Court order.
18     IT IS SO AGREED.

DATE:    MAY 9, 2014                            WOODALL LAW OFFICES
                                                DOUGLAS LAW OFFICES
                                                BARNES LAW OFFICES


                                                BY:   /S/ PAGE R. BARNES
                                                      PAGE R. BARNES
                                                      ATTORNEYS FOR PLAINTIFF
                                                      GWENDOLYN GAVIN

25 / / / /
26 / / / /
27 / / / /
28 / / / /

DATE:   MAY 9, 2014                              JACKSON LEWIS

                                      BY:   /S/ CARA CHING-SENAHA
                                            CARA CHING-SENAHA
                                            ATTORNEYS FOR DEFENDANT
                                            HILTON WORLDWIDE, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE:   MAY 19, 2014



HON. CHARLES R. BREYER
UNITED STATES DISTRICT [JUDGE]
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTESTATION OF AUTHORITY TO SIGN

I, PAGE R. BARNES, DO HEREBY ATTEST THAT I HAVE OBTAINED THE PERMISSION OF CARA CHING-SENAHA, COUNSEL FOR DEFENDANTS, TO INCLUDE HER CONFORMED SIGNATURE ON THE FOREGOING PLEADING.

DATE:     MAY 9, 2014

/S/ PAGE R. BARNES
PAGE R. BARNES