Cara Ching-Senaha (SBN 209467)
Mitchell F. Boomer (SBN 121441)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:     (415) 394-9400
Facsimile:      (415) 394-9401
Email: ching-senahac@jacksonlewis.com
Email: boomerm@jacksonlewis.com
Attorneys for Defendant
HILTON WORLDWIDE, INC. DBA
DOUBLETREE HOTEL - SAN FRANCISCO
AIRPORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN GAVIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILTON WORLDWIDE, INC. DBA DOUBLETREE SAN FRANCISCO AIRPORT BY HILTON, AND DOES 1 THROUGH 15, INCLUSIVE,<br><br>Defendants. | Case No. C-12-0307 CRB<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, through their designated counsel, have filed a Stipulation of Dismissal stating that the above-captioned action is dismissed with prejudice.  The filing of the Stipulation of Dismissal with prejudice (Exhibit A hereto) terminates the action.  *McCall-Bey v. Franzen,* 777 F.2d 1178, 1185 (7th Cir. 1985); see also *Garber v. Chicago Mercantile Exch.,* 570 F.3d 1361, 1366 (Fed. Cir. 2009) – (action terminated upon filing of signed stipulation of dismissal, regardless of proposed dismissal order attached).

**ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED that this matter, including all parties and all claims, pursuant to the Stipulation of the parties, is hereby dismissed with

1

ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE           Case No. C-12-0307 CRB

1  prejudice.

2       THIS CASE IS CLOSED.

3  Dated: July 10, 2014

4
5  _____
   Hon. CHARLES R. BREYER
   NORTHERN DISTRICT OF CALIFORNIA



2

ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE          Case No. C-12-0307 CRB